| | |
|---|---|
| 1 | Tyler J. Woods (State Bar No. 232464) |
|   |   twoods@trialnewport.com |
| 2 | Richard H. Hikida (State Bar No. 196149) |
|   |   rhikida@trialnewport.com |
| 3 | Scott J. Ferrell (State Bar No. 202091) |
|   |   sferrell@trialnewport.com |
| 4 | **NEWPORT TRIAL GROUP** |
|   | A Professional Corporation |
| 5 | 895 Dove Street, Suite 425 |
|   | Newport Beach, CA  92660 |
| 6 | Tel: (949) 706-6464 |
|   | Fax: (949) 706-6469 |
| 7 | |
|   | Attorneys for Plaintiff and Counter-Defendant |
| 8 | |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THERMOLIFE INTERNATIONAL, LLC, | Case No.  13-cv-6888 RGK (PLAx) |
|---|---|
| Plaintiff, | Hon. R. Gary Klausner |
| vs. | **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| COMPLETE NUTRITION HOLDINGS, INC., | |
| Defendant | |
| COMPLETE NUTRITION HOLDINGS, INC., | |
| Counter-Claimants, | |
| vs. | |
| THERMOLIFE INTERNATIONAL, LLC | |
| Counter-Defendant. | |

**TO THE COURT AND ALL PARTIES:**

    **IT IS HEREBY STIPULATED**, by Plaintiff and Counter-Defendant Thermolife International, LLC and Defendant and Counter-Claimant Complete Nutrition Holdings, Inc., that in accordance with the terms and conditions of the Settlement Agreement entered into between the parties on February 10, 2014, this Court dismiss this Action with prejudice pursuant to 41(a)(1)(A)(ii). Each party is to bear its own fees and costs.

Respectfully submitted,

Dated: March 19, 2014     NEWPORT TRIAL GROUP

By: _/s/ Tyler Woods_
      Tyler Woods

Attorneys for Plaintiff
THERMOLIFE
INTERNATIONAL, LLC

Dated: March 19, 2014     PATTON BOGGS LLP

By: _/s/ Eli Z. Tomar_
      Eli Z. Tomar

Attorneys for Defendant
COMPLETE NUTRITION
HOLDINGS, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on March 19, 2014, I electronically filed the foregoing **STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** with the Clerk of the Court using the CM/ECF system which will send notification of such filing via electronic mail to all counsel of record.

          /s/*Tyler J Woods*
          Tyler J Woods